410

395 A.2d 969

Commonwealth v. Hracho, Appellant.

Argued September 12, 1978. David R. Eshelman, Assistant Public Defender, for appellant; J. Michael Morrissey, District Attorney, submitted a brief for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and MONTGOMERY, JJ.

Judgment of sentence affirmed.